**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
U.S. BANKRUPTCY COURT
2026 SEP 11 P 2:28
S.D.N.Y.

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

SIPA LIQUIDATION
Case No. 08-01789 (LGB)
(Substantively Consolidated)

In re: BERNARD L. MADOFF, Debtor.

IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And the Chapter 7 Estate of Bernard L. Madoff,

Plaintiff

v.

MALCOLM SAGE and LYNNE FLORIO
Defendants

Adv. Pro. No. 23-01099 (LGB)

**NOTICE OF APPEAL AND STATEMENT OF ELECTION (FED. R. BANKR. P. 8003; OFFICIAL FORM 417A)**

Lynne Florio
Malcolm Sage
Appellants Pro se
Apartment 14B
45 Christopher Street
New York, N.Y 10014
(646) 642-0101
(212) 986-0101
lmflorio18@gmail.com
mhsage18@gmail.com

Part 1: Identify the appellants. Lynne Florio and Malcolm Sage, pro se, objectors below, Apartment 14B, 45 Christopher Street, New York, New York 10014; lmflorio18@gmail.com / mhsage18@gmail.com; (646) 642-0101 / (212) 986-0101.

Position of appellants: Other — objectors below to the Trustee's notices of settlement in the bankruptcy case; defendants in related Adversary Proceeding No. 23-01099 (LGB).

Part 2: Identify the subject of this appeal. Appellants appeal from the Order of the Bankruptcy Court (Beckerman, J.) entered on the docket August 31, 2026 [Doc. 25792;Adv.Pro.Doc.195], overruling Appellants' objections to the Trustee's notices of settlement [Doc. Nos. 25601, 25739, 25757], denying the relief requested in Appellants' objections, adjudicating Appellants' standing, declaring the noticed settlements effective, and making related findings, for the reasons set forth on the record of the August 26, 2026 hearing, which the Order incorporates.

Part 3: Identify the other parties to the appeal. Irving H. Picard, as Trustee. Attorneys: Nicholas J. Cremona, Esq., and Lan Hoang, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, (212) 589-4200.

Part 4: Statement of election. Appellants elect to have this appeal heard by the United States District Court for the Southern District of New York.

The Order is final and appealable as of right under 28 U.S.C. § 158(a)(1) because it conclusively resolves a discrete dispute within the liquidation. In the alternative, and out of an abundance of caution, Appellants file herewith a Motion for Leave to Appeal pursuant to 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8004, and respectfully request that, if leave is required, this Notice be treated as the accompanying motion contemplates.

Dated:
New York, New York
September 11, 2026

Lynne Florio, pro se
Apartment 14B
45 Christopher Street
New York, N.Y. 10014
(646) 642-0101
lmflorio18@gmail.com

Malcolm Sage, pro se
Apartment 14B
45 Christopher Street
New York, N.Y. 10014
(212) 986-0101
mhsage18@gmail.com